Case #20-CV-1801
Case #21-CV-725
Case #21-CV-426   Motion for order and sanctions

On 11-14, I submitted several documents including HSU forms, requests, complaints, complaint appeals, and several motions to the ~~court~~ law library for e-filing for these 3 matters. On 11/22 I had still not received these documents back, so I submitted a request to the library asking why these documents hadn't been returned to me. She responded on 11/23 stating "I e-filed them on 11/15 and sent them out to be returned to ~~you~~". (I would provide documentation, but I sent it to the ICE department with a complaint form about this matter). Due to the pending deadlines and the importance of the documents that are missing, along with the ICE department at C.C.I. being useless and taking a significant amount of time, I feel like it wouldn't be appropriate to wait out that 3 month process just to get my complaint dismissed like the others. (Case #20-CV-1801 is only captioned because some of the missing documents were related to that case). I was also gonna ask the court to ~~~~ allow me to withdraw the motion for summary judgement I filed for case #21-CV-426, until I am able to obtain interrogatories and proof that I missed an endoscopy while in the community. Though my case for summary judgement is strong, I believe further investigation would make it stronger. Due to the fact that my documents have been lost and I don't have copies, I'm asking that the court impose sanctions on the defendants (as they are part of the DOC). I would either like copies of that information to be paid for or that information returned to me.

Thomas H.L. Bartell #478693
C.C.I.
P.O. Box 900
Portage, WI 53901