Motion for order

Case # 20-cv-1801
Case # 21-cv-426
Case # 21-cv-725

Since October 24th I've been trying to use the law library. I submitted a request to Dana Gorney in my institutions law library. I was scheduled for November 1st, but on October 27th, I was transferred to Segregation for threats. I wrote the warden and informed him that if he didn't investigate the ICE and HSU, I would make sure they were investigated when I was released. I also made comments about taking legal action. Upon my arrival in Segregation, I immediately submitted a request asking to use law library. I was put on the list, please Note, when these forms are submitted staff keep them as a reminder that that person would like to use the law library. Law library days are Mon, Wed, and Sat. I ask every law library day, multiple times. Its been over a month and I have still not been allowed to use it. Due to the seriousness of this matter, I'm asking that the court order this facility to allow me to use the law library, as I have several pending deadlines for all 3 of these cases.

Thomas H.L. Barkell # 478693
C.C.I.
P.O. Box 900
Portage, WI 53901